1  Kevin T. Simon, Esq. (SBN 180967)
   **SIMON RESNIK HAYES LLP**
2  15233 Ventura Blvd., Suite 250
   Sherman Oaks, CA 91403
3  Telephone: (818) 783-6251
   Facsimile: (818) 783-6253
4  Email: kevin@srhlawfirm.com

**FILED & ENTERED**

**APR 12 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Reaves    DEPUTY CLERK**

Attorney for Debtor,
Masoud Forouzanfar

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

In Re:

MASOUD FOROUZANFAR,

    Debtor(s)

_____

MASOUD FOROUZANFAR,

    Movant(s)

BAYVIEW LOAN SERVICING, LLC.,
Its Successors and/or Assigns,

    Respondent

CHAPTER   13
CASE NO.   1:16-bk-10603-MB

**ORDER ON MOTION TO DETERMINE VALUE OF SECURITY AND CREDITOR, BAYVIEW LOAN SERVICING, LLC.'S ALLOWED SECURED CLAIM; POINTS AND AUTHORITIES IN SUPPORT; DECLARATIONS OF MASOUD FOROUZANFAR AND GLEN KANGAS IN SUPPORT THEREOF**

Date:  April 7, 2016
Time:  9:30 am
Crtrm: 303
      21041 Burbank Boulevard
      Woodland Hills, CA 91367

    A hearing regarding the "Motion to Determine Value of Security and Creditor, Bayview Loan Servicing, LLC.'s Allowed Secured Claim" (the "Motion") filed by Masoud Forouzanfar (the "Debtor") was held at the above-referenced date and time; appearances were made and noted on the record. Upon review of the Motion and all papers submitted in support thereof; and good cause appearing therefore, IT IS HEREBY ORDERED, AND ADJUDGED AND DECREED THAT:

1. The Motion to Determine Value of Security and Creditor, Bayview Loan Servicing, LLC.'s Allowed Secured Claim is granted as set forth below.

2. The Motion affects the trust deed(s), mortgage(s), or other lien(s) encumbering the property located at 4548 Martson Drive Encino, CA 91316 ("Subject Property"), see attached property description (Exhibit "A").

3. The Subject Property is valued at no more than $170,000.00 based on adequate evidence.

4. Bayview Loan Servicing, LLC., (the "Senior Lienholder"), shall have a secured claim of $170,000.00.

5. The Senior Lienholder shall have an unsecured claim of $316,332.00. The Senior Lienholder's unsecured claim shall be allowed as a non-priority general unsecured claim in the amount per the recent billing statement from Bayview Loan Servicing, LLC. The Senior Lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt filed by the senior lienholder as unsecured upon entry of this order.

6. Upon the completion of all plan payments in this case, pursuant to **11** U.S.C. §1328, the lien of Bayview Loan Servicing, LLC. will be void and will not constitute an encumbrance on the real property described in the Motion and Bayview Loan Servicing, LLC. is ordered to expeditiously reconvey the Deed of Trust and otherwise take such steps as are required to clear title, free of said lien, as to real property described in this motion.

7. The Senior Lienholder shall retain its lien for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, or if the Subject Property is sold or refinanced prior to the Debtor's completion of the Chapter 13 plan.

###

Date: April 12, 2016

_____
Martin R Barash
United States Bankruptcy Judge

# EXHIBIT "A"

Parcel 1:

That Portion of Lots 17 and 18 of Tract No. 22117, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 616, Page(s) 66 and 67 of maps, in the office of the County Recorder of said county, and that portion of Lot 1100, Tract No. 1000, in said city, County and State, as per map recorded in Book 19 , Pages 1 through 34 inclusive of Maps, in the office of the County Recorder, described as follows:

Beginning at a point in the Northwesterly line of said Lot 18, being a point on a curve concave Southwesterly having a radius of 625.00 feet which lies Southwesterly 246.54 feet; from the Northeasterly extremity of said curve, a radial line to said point of beginning, bears North 76 degrees 51' 06" West; thence South 68 degrees 52' 55" East 245 feet, thence South 5 degrees 05' 36" East, 246.54 feet; thence South 70 degrees 00' 00" East 575 feet, more or less, to aline which is the Southerly prolongation of the Westerly line of Tract No. 19846, recorded in Book 509, Page 16 of Maps, in the office of the County Recorder, thence South along said last mentioned line, 74.49 feet; thence North 70 degrees 00' 00" West 600 feet; thence North 58 degrees 10' 08" West, 35.91 feet, more or less, to the Southwesterly extremity of that certain course in the Southeasterly boundary of said Tract 22117, which bears North 52 degrees 30' 00" East 52 feet; thence along said course North 52 degrees 30' 00" East 52 feet; thence continuing along the boundary of said last mentioned tract, North 37 degrees 30' 00" West 20 feet; thence North 3 degrees 30' 00" West 209.85 feet; thence North 17 degrees 30' 00" West, 37 feet; thence North 68 degrees 52' 55" West, 218.46 feet, more or less, to a point in the aforementioned curve of a radial line to said point bears North 77 degrees 46' 42" West; thence Northeasterly along said curve having a radius of 625 feet, a central angle of 0 degrees 55' 36" a distance of 10 11 feet to the point of beginning.

Parcel 2:

An easement to be used in common with others for ingress and egress, public utilities, sanitary sewers, drainage and water line purposes with the right to grant said easement to others, and the right to dedicate same to the public, over that portion of said Lot 1100 of Tract 1000 and over that portion of Lots 12, 13, and 14 of Tract 22117, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 616, Pages 66 and 67 of Maps, in the office of the County Recorder, bounded by the following described lines:

Beginning at the Northeasterly terminus of the Easterly line of Martson Drive as shown on said map of Tract No. 22117; thence along said Easterly line, South 14 degrees 30' 00" West 9 feet to the true point of beginning, thence continuing along said Easterly line, South 14 degrees 30' 00" West 20.22 feet, thence South 73 degrees 00' 00" East 84.13 feet to the beginning of a tangent curve concave Northwesterly having a radius of 103 feet; thence Easterly and Northeasterly along said curve, through a central angle of 72 degrees 30' 00", an arc distance of 130.33 feet; thence tangent to said curve North 34 degrees 30' 00" East, 75 feet to the beginning of a tangent curve concave Westerly having a radius of 80 feet; thence Northerly along said curve, through a central angle of 42 degrees 30' 00", an arc distance of 59 34 feet; thence tangent to said curve North 8 degrees 00' 00" West 68 feet to the beginning of a tangent curve concave Southeasterly having a radius of 56 feet; thence Northerly and Northeasterly along said curve, through a central angle of 68 degrees 30' 00", an arc distance of 66.95 feet; thence tangent to said curve North 60 degrees 30' 00" East feet to the beginning of a tangent curve concave Northwesterly having a radius of 270 feet; thence Northeasterly along said curve, through a central angle of 25 degrees 30' 00", an arc distance of 120.17 feet, thence tangent to curve North 35 degrees 00' 00" East, 102 feet to the beginning of a tangent curve concave Southeasterly having a radius of 327 feet, thence Northeasterly along said curve, through a central angle of 20 degrees 45' 00" an arc distance of 118.43 feet; thence tangent to said curve North 55 degrees 45' 00" East 53 feet to the beginning of a tangent curve concave Southwesterly having a radius of 21.50 feet; thence Northeasterly Southeasterly and Southwesterly along said curve, through

a central angle of 171 degrees 30' 20", an arc distance of 64.35 feet to the beginning of a tangent curve concave Southeasterly having a radius 229 feet; thence Southwesterly along said curve, through a central angle of 36 degrees 15' 00" an arc distance of 144.88 feet; thence tangent to said curve South 11 degrees 00' 00" West 70 feet; thence South 30 degrees 33' 02" West 97.54 feet; thence South 37 degrees 30' 00" West 120 feet to the beginning of a tangent curve concave Northerly having a radius of 30 feet; thence Southwesterly, Southeasterly, Easterly Northeasterly and Northwesterly along said curve, through a central angle of 25 degrees 31' 44" an arc distance of 131.18 feet to the beginning of a tangent curve concave Easterly having a radius of 30 feet; thence Northerly along said curve, through a central angle of 70 degrees 31' 44", an arc distance of 36.93 feet, thence tangent to said curve North 37 degrees 30' 00" East, 64 64 feet; thence North 30 degrees 33' 02" East 102.20 feet; thence North 11 degrees 00' 00" East 73 45 feet to the beginning of a tangent curve concave Southeasterly having a radius of 209 feet, thence Northeasterly along said curve, through a central angle of 36 degrees 15' 00" an arc distance of 132.33 feet to the beginning of a tangent curve concave Southwesterly having a radius of 41.50 feet; thence Northeasterly, Northwesterly and Westerly along said curve, through a central angle of 171 degrees 30' 00", an arc distance of 124.22 feet; thence tangent to said South 55 degrees 45' 00", West 53 feet to the beginning of a tangent curve concave Southeasterly having a radius of 347 feet; thence Southwesterly along said curve, through a central angle of 20 degrees 45' 00", an arc distance of 125.67 feet; thence tangent to said curve South 35 degrees 00' 00" West 102 feet to the beginning of a tangent curve concave Northwesterly having a radius of 250 feet; thence Southwesterly along said curve, through a central angle of 25 degrees of 30' 00" , an arc distance of 111.26 feet; thence tangent to said curve, South 60 degrees 30' 00" West 33 feet to the beginning of a tangent curve concave Southeasterly having a radius 76 feet; thence Southwesterly and Southerly along said curve, through a central angle of 68 degrees 30' 00", an arc distance of 90.86 feet; thence tangent to said curve concave Westerly having a radius of 60 feet; thence Southerly along said curve , through a central angle of 42 degrees 30' 00", an arc distance of 44.51 feet; thence tangent to said curve South 34 degrees 00' 00" West 75 feet to the beginning of a tangent curve concave Northwesterly having a radius of 83 feet; thence Southwesterly and Westerly along said curve, through a central angle of 72 degrees 30' 00" an arc distance of 105.03 feet; thence tangent to said curve, North 73 degrees 30' 00", an arc distance of 105.03 feet thence tangent to said curve, north 73° 30' 00" an arc distance of 105.03 feet thence tangent to said curve, North 73° 00' 00" West 85 feet to the point of beginning, as provided for and created by that covenant and agreement executed by and between Sherwood Construction Corp., Kirkendall Construction Corp., Val-Vue Estates, Inc., and Barbara W. Christensen, recorded in Book M-871, Page 883, Official Records.

Assessor's Parcel No: 2184-025-025