FILED & ENTERED

SEP 25 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

In re:

MASOUD FOROUZANFAR,

　　　　　Debtor.

Case No.: 1:16-bk-10603-MB

Chapter 13

**ORDER TO SHOW CAUSE WHY SHAHROKH COHEN SHOULD NOT BE HELD IN CIVIL CONTEMPT**

**Hearing on this Order to Show Cause**
Date: November 6, 2017
Time: 10:00 a.m.
Ctrm: 303
　　　21041 Burbank Blvd.
　　　Woodland Hills, CA 91367

ORDER TO SHOW CAUSE RE SHAHROKH COHEN

1    Masoud Forouzanfar ("Debtor") filed a chapter 13 petition on March 2, 2016.  Dkt. 1.

2  Debtor's alleged brother, Shahrokh Cohen ("Cohen"), was appointed Debtor's legal representative

3  by order of this Court on August 9, 2016.  Dkt. 49.

4    On June 14, 2017, Colocation America, Inc. ("Colocation") filed a *Motion to Dismiss*

5  *Masoud Forouzanfar's Bankruptcy Case and for Other Related Orders* (the "Motion to Dismiss"),

6  Dkt. 84, alleging among other things that Debtor and Cohen are the same person.  On July 7, 2017,

7  the Court dismissed the case in response to another party's motion. Dkt. 101.  Also on July 7, 2017,

8  the Court held a hearing on Colocation's Motion to Dismiss.  Dana Douglas appeared on behalf of

9  the Debtor, and Lawrence Meyerson and Maurice Wainer appeared on behalf of Colocation.

10    On July 7, 2017, the Court entered an *Order Granting Motion For Relief From The*

11  *Automatic Stay Under 11 U.S.C. § 362* (the "Order").  Dkt. 104.  As memorialized in that Order, at

12  the July 7, 2017, hearing, the Court ordered that the unresolved requests for relief in Colocation's

13  Motion to Dismiss would be heard at a continued evidentiary hearing on September 13, 2017, at

14  11:00 a.m.  The Court further ordered as follows:

15    1.  Debtor and Shahrokh Cohen were to personally appear at the continued hearing,

16      together with two (2) forms of original government identification; and

17    2.  Any declarant offering testimony in connection with the issues raised by the moving,

18      opposing, or reply papers was to personally appear at the continued hearing and be

19      available and prepared to testify.

20  Dkt. 104, p. 3, ¶¶ 4-5.  The July 7, 2017, Order was served on Debtor and Debtor's counsel.  *See*

21  BNC Certificate of Notice, Dkt. 107.

22    Neither Debtor nor Cohen appeared at the September 13, 2017, evidentiary hearing.

23  Debtor's counsel, Dana Douglas, stated that she advised Cohen not to appear, in contradiction of

24  this Court's July 7, 2017, Order.  She also stated that she has never spoken to the Debtor.

25    The Court continued the evidentiary hearing to November 6, 2017, at 10:00 a.m. and further

26  ordered as follows:

27    1.  Both sides must bring any and all declarants. Each declarant must bring two forms of

28      government identification.

1

**ORDER TO SHOW CAUSE RE SHAHROKH COHEN**

1   2.  Any documents must be provided to the opposing party prior to the hearing.

2   3.  The Debtor is ordered to appear in person at the hearing.

3   4.  Shahrokh Cohen is ordered to appear in person at the hearing.

4   5.  The Debtor and/or Cohen must provide, at his or their expense, a certified Court

5   translator if necessary for any documents or live testimony.

6   6.  Colocation's deadline to supplement the record shall be October 20, 2017.

7   7.  Replies and objections to evidence shall be submitted no later than October 30, 2017.

8   The Court indicated its intention to enter this Order to Show Cause regarding Debtor and

9   Cohen's failure to appear at the September 13, 2017, evidentiary hearing.

10   Having considered the above facts and circumstances, and for good cause appearing,

11   **IT IS HEREBY ORDERED THAT:**

12   1.   **Shahrokh Cohen must personally appear at a hearing on November 6, 2017, at**

13   **10:00 a.m. in Courtroom 303, 21041 Burbank Boulevard, Woodland Hills, CA 91367**, to

14   explain why the Court should not hold Cohen in civil contempt for failing to appear at the

15   September 13, 2017, evidentiary hearing.  If the Court finds Cohen in civil contempt, the Court

16   may impose monetary or other sanctions to compensate the parties for the harm resulting from such

17   contempt and/or ensure Cohen's future compliance with the Court's orders.

18   2.   Cohen must file and serve on creditors Colocation America, Inc., Albert Ahdoot,

19   and Wilmington Savings Fund Society, FSB, and the Office of the United States Trustee a written

20   response to this Order to Show Cause on or before **October 27, 2017**.

21   3.   Any other party in interest wishing to respond to this Order to Show Cause must file

22   and serve on Debtor; Cohen; Dana Douglas; creditors Colocation America, Inc., Albert Ahdoot,

23   and Wilmington Savings Fund Society, FSB; and the Office of the United States Trustee any such

24   response, so that such response is received on or before **November 2, 2017**.

25   4.   Cohen and all other responding parties in interest must provide a "Judge's Copy"

26   timely to the Court, in accordance with the Local Bankruptcy Rules, including LBR 5005-2(d).

27   5.   If Cohen does not personally appear at the November 6, 2017, hearing, or if the

28   Court holds Cohen in contempt and Cohen fails timely to purge such contempt, as set forth in the

1  Court's contempt order, a body detention order and/or warrant may issue for Cohen's arrest.  Such

2  order and/or warrant will request the aid and recognition of courts of foreign jurisdictions.  Upon

3  arrest, Cohen will be remanded to the custody of the United States Marshals Service for the Central

4  District of California, to be detained in custody in this District, until he (i) can be brought to appear

5  before this Court and (ii) otherwise purges his contempt.  Cohen may be required to pay the costs

6  of such detention, the costs incurred by authorities responsible for arresting and transporting

7  Cohen, and any additional fees and costs incurred by the Court or the parties as a result of Cohen's

8  failure to comply with the Court's orders.

9                                                    ###

10

11

12

13

14

15

16

17

18

19

20

21

22

23      Date: September 25, 2017

24                                        Martin R Barash
                                          United States Bankruptcy Judge

25

26

27

28

                                                    3
                              **ORDER TO SHOW CAUSE RE SHAHROKH COHEN**