Lawrence C. Meyerson (SBN 54136)
LAWRENCE C. MEYERSON,
A PROFESSIONAL LAW CORPORATION
5521 Mission Rd., Ste 399
Bonsall, CA 92003
Telephone: (310) 827-3344
Email: *lcm@lcmplc.com*

Maurice Wainer (SBN 121678)
SNIPPER WAINER & MARKOFF
232 North Canon Drive
Beverly Hills, CA 90210-5302
Telephone: (310) 550-5770
Email: *mrwainer@swmfirm.com*

Attorneys for Creditor
COLOCATION AMERICA, INC.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MASOUD FOROUZANFAR,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:16-bk-10603-MB<br><br>Chapter 13<br><br>**ACKNOWLEDGMENT OF FULL SATISFACTION OF SANCTIONS BY SHAHROKH COHEN IN CIVIL CONTEMPT FOR VIOLATING A PRIOR ORDER OF THIS COURT [DKT. 169]**<br><br>Honorable Martin R. Barash, Judge<br>Courtroom 303<br><br>Petition filed: 3/2/2016 |

TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE,

OFFICE OF THE UNITED STATES TRUSTEE, ELIZABETH F. ROJAS, CHAPTER 13

TRUSTEE, AND ALL OTHER INTERESTED PARTIES AND COUNSEL:

    Creditor COLOCATION AMERICA, INC., by and through counsel, Maurice Wainer, hereby acknowledges SHAHROKH COHEN's full satisfaction of civil contempt sanctions in the amount of $2,800.00, by payment to counsel on or before November 16, 2018, as ordered by the Court [Dkt.169].

///

1

**ACKNOWLEDGMENT OF FULL SATISFACTION OF SANCTIONS BY SHAHROKH COHEN IN CIVIL
CONTEMPT FOR VIOLATING A PRIOR ORDER OF THIS COURT**

Respectfully submitted,

LAWRENCE C. MEYERSON,
A Professional Law Corporation

Dated: October 25, 2018          By:   */s/ Lawrence C. Meyerson*
                                        Lawrence C. Meyerson, Esq.

SNIPPER, WAINER & MARKOFF

Dated: October 25, 2018          By:   */s/ Maurice Wainer*
                                        Maurice Wainer, Esq.

Attorneys for Creditor
COLOCATION AMERICA INC.

2

**ACKNOWLEDGMENT OF FULL SATISFACTION OF SANCTIONS BY SHAHROKH COHEN IN CIVIL
CONTEMPT FOR VIOLATING A PRIOR ORDER OF THIS COURT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

232 North Canon Drive, Beverly Hills, CA 90210

A true and correct copy of the foregoing document entitled (*specify*): **ACKNOWLEDGMENT OF FULL SATISFACTION OF SANCTIONS BY SHAHROKH COHEN IN CIVIL CONTEMPT FOR VIOLATING A PRIOR ORDER OF THIS COURT [DKT. 169]** will be served or was served in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/25/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHMENT RE: ELECTRONIC MAIL NOTICE LIST

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **10/25/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHMENT RE: MANUAL NOTICE LIST

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)          , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/25/2018 | Daniel Harris | /s/ Daniel Harris |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               F 9013-3.1.PROOF.SERVICE

# Mailing Information for Case 1:16-bk-10603-MB

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Dana M Douglas**     dmddouglas@hotmail.com
- **Michelle R Ghidotti**     ECFNotifications@ghidottilaw.com
- **Elizabeth (SV) F Rojas (TR)**     cacb_ecf_sv@ch13wla.com
- **United States Trustee (SV)**     ustpregion16.wh.ecf@usdoj.gov
- **Maurice Wainer**     mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- **Kristin A Zilberstein**     ecfnotifications@ghidottilaw.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Mark Brifman**
Brifman Law Corporation
15545 Devonshire St Ste 204
Mission Hills, CA 91345

**Sean Sharokh Cohen**
,

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.